UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANGELA TENNYSON<br>   *Plaintiff,*<br><br>v.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2007-9, and SPECIALIZED LOAN SERVICING, LLC<br>   *Defendants.* | CIVIL ACTION NO. 4:22-cv-00194 |

## SCHEDULING ORDER

1. Trial:  Estimated time to try:  1-2 days.          ☐ Bench   ☒ **Jury**

2. New parties must be joined by:                                    January 2, 2023
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   February 20, 2023

4. The defendant's experts must be named with a report furnished by:   March 21, 2023

5. Discovery must be completed by:                                   April 21, 2023

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                             May 5, 2023
      Response due by:                                            May 26, 2023

      Non-Dispositive Motions will be filed by:                   June 20, 2023

********************  The Court will provide these dates.  ********************

7. Joint pretrial order is due:                                     _____

*The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on: _____

9. Jury Selection is set for 9:00 a.m. on:* _____

The case will remain on standby until tried.

        Signed this the _____ day of _____, 20___.

                                                      _____
                                                      Andrew S. Hanen
                                                      United States District Judge